Annette JONES, Appellant,

v.

BARNES HOSPITAL–INDEPENDENCE CENTER and Division of Employment Security, Respondents.

No. 70374.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 21, 1997.

Annette Jones, St. Louis, pro se.

Larry R. Ruhmann, Missouri Department of Labor and Industrial Relations, Division of Employment Security, St. Louis, for respondents.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Claimant appeals the denial of her application for review of her claim for unemployment compensation by the Labor and Industrial Relations Commission (Commission). We affirm. The decision of the Commission is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Steven Dale BRADLEY,
Defendant/Appellant,

v.

STATE of Missouri, Plaintiff/Respondent.

No. 70779.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 21, 1997.

Gary E. Brotherton, Asst. Public Defender, Columbia, for Defendant/Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for Plaintiff/Respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).